# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| KENNETH LAMONT GALLOWAY-BEY, | ) | Case No. 1:19-cv-320 |
| *Plaintiff*, | ) ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Susan K. Lee |
| STATE OF TENNESSEE, *et al.*, | ) ) | |
| *Defendants*. | ) ) | |

## ORDER

On July 19, 2019, Plaintiff Kenneth Lamont Galloway-Bey filed this *pro se* action as well as a motion to proceed *in forma pauperis* (Docs. 1, 2). On November 8, 2019, United States Magistrate Judge Susan K. Lee filed a report and recommendation (Doc. 3), recommending the Court dismiss the complaint pursuant to 28 U.S.C. § 1915(e).

Plaintiff has not filed objections to Magistrate Judge Lee's report and recommendation.[1] Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and agrees with Magistrate Judge Lee's well-reasoned conclusions. Accordingly, the

---

[1] Magistrate Judge Lee specifically advised Plaintiff that he had 14 days in which to object to the report and recommendation and that failure to do so would waive her right to appeal. (Doc. 3, at 6); *see also* Fed. R. Civ. P. 72(b)(2); *Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 3) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**